1

2

3

4

5

6

7

8                                 UNITED STATES DISTRICT COURT

9                                 EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No.  2:18-cr-00010-TLN

12                  Plaintiff,

13          v.                                     **ORDER**

14   EDGAR JIMENEZ,

15                  Defendant.

16

17   UNITED STATES OF AMERICA,                     No.  2:23-cr-00007-KJM

18                  Plaintiff,

19          v.                                     **ORDER**

20   EDGAR JIMENEZ,

21                  Defendant.

22          For the reasons set forth in the Notice of Related Cases filed by counsel for the United

23   States, the Court finds that the Criminal Case captioned *United States v. Edgar Jimenez*, Case No.

24   2:23-CR-00007-KJM, is related to *United States v. Edgar Jimenez*, Case No. 2:18-CR-00010-

25   TLN, within the meaning of Local Rule 123(a) and assignment of these actions to a single district

26   judge is likely to affect a savings of judicial effort.

27   ///

28
                                              1

1     Accordingly, based on this finding and pursuant to Local Rule 123(c) and 123(f), IT IS

2  HEREBY ORDERED:

3     1.     The Clerk of the Court shall REASSIGN the case of *United States v. Edgar*

4  *Jimenez*, Case No. 2:23-CR-00007-KJM to the Honorable Troy L. Nunley and that case shall be

5  designated "Case No. 2:23-CR-00007-TLN"; and

6     2.     The Clerk of the Court shall make appropriate adjustment in the assignment of

7  cases to compensate for this reassignment.

8     IT IS SO ORDERED.

9

10  DATED: January 27, 2023

11                                    Troy L. Nunley
                                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2